UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAJUAN O GARDNER,<br><br>Defendant. | 4:14-CR-20735-TGB<br><br>ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING FEDERAL COMMUNITY DEFENDER OFFICE |

The Court, having reviewed Attorney Bryan Sherer's motion to withdraw in this matter, GRANTS the motion. Further,

IT IS ORDERED that the Federal Community Defender of the Eastern District of Michigan, 111 E. Court Street, SuiteL-100, Flint, Michigan 48502, telephone (810) 232-9600, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

IT IS FURTHER ORDERED that should this case require the assignment of an attorney from the CJA panel, the Federal Community Defender of the Eastern District of Michigan is authorized to issue such appointment using the electronic system to create the appropriate CJA appointment form. CJA Counsel will represent the defendant in this case unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

This appointment is for the limited purpose of supplementing the pending Motion to Amend Judgment to Home Confinement (ECF No. 31). The supplement shall be due within 10 days of the date of the appearance of counsel, and the government's response to the supplement, if any, is due 7 days after the supplement is filed.

DATED this 9th day of June, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge